UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES VERDEL FARNSWORTH

Plaintiff,

v.

PIERCE COUNTY SHERIFF *et al.*,

Defendants.

Case No. C04-5780RBL

ORDER

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court are a number of motions and procedural issues.

On March 29th, 2005 Plaintiff began filing pleadings with another case caption in this action. (Dkt. # 38, 39, 40, and 41). Plaintiff seeks default against Sandra Carter and other persons who are not defendants in this action. The defendants in this action are the Pierce County Sheriff, Pierce County itself, and the City of Tacoma. (Dkt. # 4). The pleadings filed March 29th, 2005 which refer to persons not named as defendants in this action will not be considered by the court.

The next issue before the court is plaintiff's motion for appointment of a court officer to administer the oath for deposition upon written question. (Dkt. # 37). The motion is **DENIED.** While plaintiff is proceeding in forma pauperis, this status does not waive any costs associated with

ORDER- 1

1  litigation other than the filing fee.  Plaintiff must pay for all other costs of litigation, including the
2  cost of a court reporter or notary if his chosen means of conducting discovery requires
3  administration of an oath.
4    Procedurally, the court has received the City of Tacoma's response to the order to show
5  cause.  The response clarified several issues for the court.  The county defendants and their counsel
6  have until **April 29th, 2005** to respond.
7    Procedurally, the City has filed a motion to revoke plaintiff's *in forma pauperis* status, (Dkt.
8  # 45), a 12 (c) motion, (Dkt. # 46), and a motion for summary judgment, (Dkt. # 47).  These
9  motions are noted for May 13th, 2005.
10   The Clerk is directed to send a copy of this Order to plaintiff, and to counsel who have
11  appeared and to remove docket numbers 37, 38, 39, 40, and 41 from the court's calendar.

    DATED this 21st  day of April 2005.

                                        /S/ *J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate Judge

ORDER- 2