UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES VERDEL FARNSWORTH,

    Plaintiff,

    v.

PIERCE COUNTY JAIL *et al.*,

    Defendants.

Case No.  C04-5780RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendant's motion to revoke plaintiff's *in forma pauperis* status is **GRANTED**. Plaintiff has 30 days from the date of this order to pay the full filing fee of 150 dollars. Failure to pay the full fee will result in dismissal of the action without further action by the court.

(3)     All other pending motions are dismissed in light of this ruling. If plaintiff pays the full filing fee any party may re-note any pending motion that was dismissed by this order.

(4)     The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 9th day of August, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE