UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES VERDEL FARNSWORTH,<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY JAIL *et al.*,<br><br>Defendants. | Case No.  C04-5780RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED WITHOUT PREJUDICE** because plaintiff failed to pay the filing fee when ordered to do so.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 19th day of January, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1